UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.B., Mother of K.G., et al.,

    Plaintiffs,

v.

Board of Education of Minford Local
Schools, et al.,

    Defendants.

Case No. 1:18-cv-798

Judge Dlott
Magistrate Judge Bowman

### REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a scheduling conference held on July 8, 2019 and the motion to dismiss for failure to state a claim by Defendants C. R., D. R., S. R. (Doc. 45). The motion to dismiss is fully briefed. (See Docs 46, 48). After discussion with the Court at the scheduling conference, Plaintiff intends to file a motion for leave to file an amended complaint with the proposed amended complaint attached.[1] Therefore, it is recommended that the motion to dismiss be DENIED as moot, subject to refiling if necessary.

Stephanie K. Bowman
United States Magistrate Judge

---

[1] The proposed amended complaint will identify the parties as discussed during the conference and will be filed in conjunction with a motion to seal. A redacted version should be prepared with input from Defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.B., Mother of K.G., et al.,

    Plaintiffs,

v.

Board of Education of Minford Local
Schools, et al.,

    Defendants.

Case No. 1:18-cv-798

Judge Dlott
Magistrate Judge Bowman

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).